Dear clerk,                                                                                                                11-20-17

This is Frank Inman. I'm currently writing while I'm incarcerated at the Penobscot County Jail. I'm looking to file a civil action against Food Express USA of Rancho Dominguez CA for false advertisement.

On 9-18-2017 Plaintiff purchased a bottle of "cocoa butter lotion" which plaintiff found out that the product in fact is not cocoa butter lotion. The only reason plaintiff bought the lotion is because he thought it was cocoa butter lotion, if plaintiff hadn't been misslead by the false advertisment he in fact would not have bought it.

As the defendants sell a large amount of this same product to many other people and/or companies there's reason to believe that many others have been misslead by the same false advertisment.

Plaintiff is seeking monitary relief in the amount of $10,000 for the clear evil intent of defendants to misslead their customers into buying false advertised product.

I, hereby, declare the foregoing to be true to the best of my knowledge, therefore, being sign and placed in the mail on 11-20-17 in good faith of the laws.

Frank Inman

I do not have the funds to pay the filing fee.