# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANK INMAN, | ) | |
| **PLAINTIFF** | ) ) ) | |
| v. | ) ) | CIVIL NO. 1:17-CV-461-DBH |
| FOOD EXPRESS USA, | ) ) ) | |
| **DEFENDANT** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 18, 2017, the United States Magistrate Judge filed with the court, with copies to the plaintiff, his Order Granting Leave to Proceed In Forma Pauperis and Recommended Decision After Screening Complaint. The time within which to file objections expired on January 2, 2018, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Pursuant to 28 U.S.C. § 1915(e)(2), the plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 11TH DAY OF JANUARY, 2018**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**